UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                  Case No. 14-20250

ALI ABDALLAH,

        Defendant.
_____/

### ORDER TERMINATING AS MOOT DEFENDANT'S MOTIONS REQUESTING RECOMMENDATION TO A HALFWAY HOUSE

Defendant Ali Abdallah, pleaded guilty to four counts of Hobbs Act robbery and brandishing a firearm during and in relation to a crime of violence for his role in a series of 2014 armed robberies at gas stations in Detroit. (ECF No. 30.) On November 21, 2014, the court sentenced him to 121 months imprisonment. (ECF No. 35, PageID.163.)

Pending before the court are Defendant's "Motion for Judicial Recommendation for Full Term Halfway House Recommendation" dated September 14, 2021 (ECF No. 56), and his motion renewing the request filed on December 27, 2021, (ECF No. 63). In the motions, Defendant, who is 28, argues that he should be placed in a residential reentry program ("halfway house") to serve the remainder of his sentence because medical conditions make him especially susceptible to COVID-19. (ECF No. 56, PageID.329.) A search of the Bureau of Prison's online database, however, indicates that, as of June 2022, Defendant is no longer housed in a Federal prison and has already been assigned to a residential reentry facility in Michigan. *See Find an Inmate*, Federal Bureau of Prisons, https://www.bop.gov/mobile/find_inmate/ (last visited June

17, 2022). Thus, the instant motions requesting transfer to a residential reentry facility are moot. Accordingly,

IT IS ORDERED that Defendant's "Motion for Judicial Recommendation for Full Term Halfway House Recommendation" (ECF No. 56) is TERMINATED AS MOOT.

IT IS ORDERED that Defendant's Renewed Motion (ECF No. 63) is TERMINATED AS MOOT.

                s/Robert H. Cleland             /
                ROBERT H. CLELAND
                UNITED STATES DISTRICT JUDGE

Dated:  June 21, 2022

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 21, 2022, by electronic and/or ordinary mail.

                s/Lisa Wagner                /
                Case Manager and Deputy Clerk
                (810) 292-6522

S:\Cleland\Cleland\AAB\Opinions and Orders\Criminal\14-20250.ABDALLAH.MotionToReduceSentance.AAB.docx